FILED
CLERK, U.S. DISTRICT COURT
7/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:20-cr-00305-AB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| PATRICK KHALAFIAN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1343]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant PATRICK KHALAFIAN resided in Los Angeles County, within the Central District of California.

2. Beginning at least as early as in or about June 2009 and continuing through at least in or about March 2016, defendant KHALAFIAN was the Chief Executive Officer ("CEO") of 168 Entertainment, LLC ("168 Entertainment"), which was an entity registered with the California Secretary of State.

3.   Beginning at least as early as in or about December 2013, Defendant KHALAFIAN was CEO of Croesus Investments Ltd., LLC ("Croesus"), which was an entity registered with the California Secretary of State.

4.   Defendant KHALAFIAN exercised control over Empire Entertainment Group, Inc. ("Empire"), which was an entity registered with the Nevada Secretary of State.

5.   EEG, LLC ("EEG") was an entity registered with the California Secretary of State.  Defendant KHALAFIAN exercised control over and had access to a bank account in the name of EEG held at Citibank, N.A., in Woodland Hills, California ("the EEG Citibank Account").

B.   THE SCHEME TO DEFRAUD

6.   Beginning no later than in or about November 2009, and continuing until at least in or about October 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant KHALAFIAN, together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud investors in entities controlled by defendant KHALAFIAN as to material matters, and to obtain money and property owned by and in the custody and control of the victims by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

7.   The fraudulent scheme operated and was carried out, in substance, as follows:

    a.   Through oral representations and written materials, including, but not limited to, a private placement memorandum,

2

defendant KHALAFIAN solicited investments from victims in businesses including 168 Entertainment, Empire, and EEG that were purportedly developing and operating adult entertainment websites.

    b.    In exchange for their investments, which defendant KHALAFIAN represented would be fully repaid, defendant KHALAFIAN represented and promised victims that they would receive ownership interests in the companies and distributions representing victims' share of the companies' profits.

    c.    Defendant KHALAFIAN induced victims to transfer money to him by making the following false and fraudulent representations and promises, and maintaining the following false and fraudulent pretenses, among others, which defendant KHALAFIAN knew were false:

        i.    Victims' investments would be used to develop and build the business operations of 168 Entertainment, Empire, and EEG, including developing software and the platform for the proposed websites, paying for servers to host the websites, hiring employees, and purchasing advertising; and

        ii.    Victims' investments would be repaid by a specific date.

    d.    In fact, as defendant KHALAFIAN then knew, the victims' investments would not be used to develop and build the business operations of 168 Entertainment, Empire, and EEG but would instead be used by defendant KHALAFIAN to pay defendant KHALAFIAN's debts, including to prior victims, and to fund his own lifestyle, including to pay his gambling expenses and fund luxury shopping sprees.

    e.    As a further part of his scheme, in order to lull the victims into believing that their funds were being used as he had

represented and promised, defendant KHALAFIAN lied to his victims about the status of the adult entertainment websites purportedly being developed by the companies in which they had invested, and eventually stopped responding to victims and disconnected and changed his phone number and email address to evade their inquiries.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

C. USE OF THE WIRES

8. On or about July 24, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant KHALAFIAN, for the purpose of executing the above-described scheme to defraud, transmitted and caused others to transmit by means of wire communications in interstate and foreign commerce approximately $1,000,000 from Scotiabank in Ontario, Canada, to the EEG Citibank Account in Woodland Hills, California.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

POONAM G. KUMAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ROGER A. HSIEH
Assistant United States Attorney
Major Frauds Section